UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CUC NGUYEN AND GUONG NGUYEN | * | CIVIL ACTION |
| VERSUS | * | NO. 2:22-CV-5261 |
| ROBERT WILLIAM HELMICK, JR., ABC INSURANCE COMPANY, BARNETT RIGHT OF WAY SERVICE, INC. AND XYZ INSURANCE COMPANY | * * | JUDGE MAG JUDGE |

ANSWER WITH DEMAND FOR JURY

NOW INTO COURT, through undersigned counsel, comes and appears BARNETT RIGHT OF WAY SERVICE, INC. who makes answer to the plaintiff's Petition for Damages as follows:

1.

The allegations contained in paragraph 1 are admitted as to the status of Barnett Right of Way Service, Inc. Allegations of liability or fault or denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in paragraph 2 denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in paragraph 3 denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraph 4 denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 5 denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 denied.

9.

The allegations contained in paragraph 9 denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in paragraph 10 denied for lack of sufficient information to justify a belief therein.

11,

The allegations contained in paragraph 11 denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in paragraph 12 denied for lack of sufficient information to justify a belief therein.

13,

The allegations contained in paragraph 13 denied.

\*\*\*\*

AND NOW, further responding:

14.

In the event that the plaintiff is guilty of contributory fault, contributory fault is plead as an elimination or reduction of any recovery.

15.

In the event that the plaintiff has failed to mitigate damages, mitigation is plead as an elimination or reduction of any recovery.

16.

The complaint does not state a cause of action for which relief can be granted.

17.

In the event that third party fault caused or contributed to the accident, third party fault is plead as an elimination or reduction of any recovery.

18.

These defendants hereby request and demand a trial by jury on all issues so triable.

Respectfully submitted,

JEANSONNE & REMONDET

  /s/Michael J. Remondet, Jr.  
 MICHAEL J. REMONDET, JR.  #21046
Post Office Box 91530
Lafayette, LA  70509
Telephone:  (337) 237-4370
Fax:  (337) 235-2011
ATTORNEYS FOR DEFENDANT,
BARNETT RIGHT OF WAY SERVICE,
INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was this day forwarded to all known counsel of record by email, facsimile, and/or depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Mr. Michael S. Harper
Charles Sam Jones Law, LLC
PO Box 995
DeRidder, LA 70634
michael@samjoneslawfirm.com

Lafayette, Louisiana, this 27th day of September 2022.

        /s/Michael J. Remondet, Jr.
        MICHAEL J. REMONDET, JR.